```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Stuart Friedman and Sherri Friedman,
                        Plaintiffs,

17 CIV 8142 (AJN)

-v-                          **DEFAULT JUDGMENT**

Mission of the Gabonese Republic,
                        Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Opinion & Order dated June 20, 2018, Plaintiff's motion for the entry of default judgment is granted in part. The Court awards Plaintiffs $352,000 in damages, plus prejudgment interest at a rate of 9% per annum, from October 1, 2017, through the date of the order, in the amount of $22,740.16, but declines the request for attorneys' fees and costs; accordingly, the case is closed.

DATED : New York, New York
           June 20, 2018

                                      RUBY J. KRAJICK

                                      Clerk of Court
                            BY: _____
                                      Deputy Clerk