USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Friedman, et al.

v.

Mission of the Gabonese Republic, et al.

**CERTIFICATE OF MAILING**

Case No.: __17-cv-08142__ (AJN)

I hereby certify under the penalties of perjury that on the __04__ day of February, 2019, I served:__ Mr. Noel Nelson Messone, Ministre des Affaires Etrangeres, Ministre des Affaires Etrangeres, de la Francophonie et de L'Integration Regionale, BP 2245, Libreville, Gabon

☒ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__1__ copy(ies) of the _____ Default Judgement ( in English and translated into French) _____

by _____ DHL International air waybill 2732065556.

Dated: New York, New York
       02/04/2019

RUBY J. KRAJICK
CLERK OF COURT

_Melina Roberts_ (signature)

Melina Roberts
DEPUTY CLERK

Request Signature Upon Delivery

