UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART FRIEDMAN and SHERRI FRIEDMAN, <br><br> Plaintiffs, <br><br> -against- <br><br> MISSION OF THE GABONESE REPUBLIC and AMBASSADOR BAUDELAIRE NDONG ELLA, <br><br> Defendants. | Case No. 17-cv-08142-AJN <br><br> **MOTION FOR ORDER PURSUANT TO 28 U.S.C. § 1610(c)** |

**PLEASE TAKE NOTICE** that upon the affidavit of Kevin Fritz, Esq., and all prior proceedings had herein, plaintiffs Stuart Friedman and Sherri Friedman (collectively, "Plaintiffs") will move this Court before the Honorable Alison J. Nathan, United States District Judge, for an Order, pursuant to 28 U.S.C. § 1610(c), determining that a reasonable period of time has elapsed following entry of judgment and the giving of any notice required under 28 U.S.C. § 1608(e), and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       February 7, 2019

**MEISTER SEELIG & FEIN LLP**

  /s/ Kevin Fritz
Kevin Fritz, Esq.
125 Park Avenue, 7th Floor
New York, NY  10017
Tel: (212) 655-3500
*Attorneys for Plaintiffs*

1

8115/1/7544417.v1