# EXHIBIT A

Case 1:17-cv-08142-AJN   Document 45-2   Filed 02/09/19   Page 1 of 2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Stuart Friedman and Sherri Friedman,
                              Plaintiffs,

              17 CIV 8142 (AJN)

     -v-                  **DEFAULT JUDGMENT**

Mission of the Gabonese Republic,
                              Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Opinion & Order dated June 20, 2018, Plaintiff's motion for the entry of default judgment is granted in part. The Court awards Plaintiffs $352,000 in damages, plus prejudgment interest at a rate of 9% per annum, from October 1, 2017, through the date of the order, in the amount of $22,740.16, but declines the request for attorneys' fees and costs; accordingly, the case is closed.

DATED : New York, New York
             June 20, 2018

                                                RUBY J. KRAJICK

                                                Clerk of Court
                                       BY: _X. Mango_
                                               Deputy Clerk