# EXHIBIT C

Case 1:17-cv-08142-AJN   Document 45-3   Filed 02/09/19   Page 1 of 2



07 February 2019

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 2732065556.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 2732065556 was delivered on 07 February 2019 at 09.55**

| | | | |
|---|---|---|---|
| **Signed** | SERVICE COURRIER MME | **Destination Service Area** | LIBREVILLE GABON |
| **Signature** | *[signature]* | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600006699455666 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE nondoc | **Origin Service Area** | NEW YORK UNITED STATES OF AMERICA |
| **Picked Up** | 04 February 2019 at 16.42 | **Shipper Reference** | 8115-1 |