**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| STUART FRIEDMAN and SHERRI FRIEDMAN | 17-cv-08142-AJN |
| DEFENDANT | TYPE OF PROCESS |
| MISSION OF THE GABONESE REPUBLIC and AMB. BAUDELAIRE NDONG ELLA | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Citibank, N.A.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
388 Greenwich Street, New York, NY 10013

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kevin Fritz, Esq., Meister Seelig & Fein LLP, 125 Park Avenue, 7th Floor, New York, NY 10017 (212) 655-3570 kaf@msf-law.com

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Judgment debtor Gabonese Republic maintains Citibank accounts 15350053 and 15469311 in the name "Paierie du Gabon aux USA"

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 212-655-3570
DATE: 5/21/2019

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process: P1 | District of Origin No. 054 | District to Serve No. 054 | Signature of Authorized USMS Deputy or Clerk: B. Bru | Date: 7/8/19 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Carlos Vargas - Personal Banker

Date: 7/10/19    Time: 5:36 ☐ am ☒ pm

Address *(complete only different than shown above)*
250 Broadway
New York, NY 10007

Signature of U.S. Marshal or Deputy
[signature] #4416

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $1.04 | | $66.04 | | |

REMARKS

I hereby certify and return that on July 19, 2019, I received a check from Citibank, in the amount of $374,806.20 representing funds for case number 17 Civ. 8142

Judgment Satisfied
Dated: New York, NY
July 30, 2019

Michael Greco
United States Marshal

By: Allison Honeymar
Deputy United States Marshal

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

17-8142-1

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. **1**                        DOCKET NO. **17-cv-08142 (AJN)**

THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of **the Gabonese Republic, as authorized by Order dated April 10, 2019,**

in your district you cause to be made the sum of **three hundred seventy-four thousand seven hundred and forty** dollars and **sixteen** cents, ($ **374,740.16** )

which lately in the United States District Court of the United States for the Southern District of New York, in the Second Circuit, **Stuart Friedman and Sherri Friedman**

recovered against the said **Gabonese Republic**

in an action between **Stuart Friedman and Sherri Friedman**

PLAINTIFF and **Mission of the Gabonese Republic and Ambassador Baudelaire Ndong Ella**

DEFENDANT, in favor of said **Stuart Friedman and Sherri Friedman**

as appears by the record filed in the Clerk's Office of said District Court on the **21st** day of **June**, in the year of **2018**

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Colleen McMahon, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the **21** day of **MAY** in the year of our Lord **2019**, and of the Independence of the United States the two hundred **forty third** year.

_____
CLERK

United States District Court
SOUTHERN DISTRICT OF NEW YORK

Stuart Friedman and Sherri Friedman

-against-

Mission of the Gabonese Republic and Ambassador Baudelaire Ndong Ella Gabonese Republic

EXECUTION AGAINST PROPERTY

Attorney for
plaintiffs Stuart Friedman and Sherri Friedman

Borough of Manhattan
City of New York

Kevin Fritz, Esq. of Meister Seelig & Fein LLP

To the Marshal:
You will levy and collect

hree hundred seventy-four thousand seven hundred forty

3 7 4 7 4 0 Dollars and _____ 16 cents,

with interest from the 21st day of June 2018,

besides your fees, etc.

_____
Attorney